IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**CALVIN DEAN PETERS,**

       Petitioner,

vs.                                                 No. 07-CV-1301 BB/ACT

**MICHAEL HEREDIA, Warden**
**and GARY K. KING, Attorney General**
of the State of New Mexico,

       Respondents,

### ORDER

       **THIS MATTER** comes before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition and the Petitioner having filed objections thereto, the Court has made a *de novo* review of the record and finds that the objections are not well-taken and that the Magistrate Judge's Proposed Findings and Recommended Disposition will be adopted by the Court.

       **IT IS THEREFORE ORDERED** that the Magistrate Judge's Proposed Findings and Recommended Disposition is adopted by the Court and this case is dismissed with prejudice.

       **IT IS SO ORDERED.**

                                                              **Bruce D. Black**
                                                              **UNITED STATES DISTRICT JUDGE**